THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
John Edward
 Lyles, Petitioner,
v.
State of South Carolina, Respondent.
 
 
 

          ON WRIT OF CERTIORARI

Appeal From Pickens County
Alexander S. Macaulay, Trial Judge
 G. Edward Welmaker, Post-Conviction
 Relief Judge

Memorandum Opinion No. 2011-MO-026
Submitted October 4, 2011  Filed October
 10, 2011          

DISMISSED

 
 
 
Appellate Defender M. Celia Robinson, South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Karen Ratigan, all of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Petitioner seeks
 a writ of certiorari from the denial of his application for post-conviction
 relief (PCR).
 Because
 there is sufficient evidence to support the PCR judges finding that petitioner
 did not knowingly and intelligently waive his right to a direct appeal, we
 grant certiorari, dispense with further briefing, and proceed with a review of
 the direct appeal issue pursuant to Davis v. State, 288 S.C. 290, 342
 S.E.2d 60 (1986).
 Petitioners
 appeal is dismissed, after review pursuant to Anders v. California, 386
 U.S. 738 (1967).  Counsels motion to be relieved is granted. 
 DISMISSED.
TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.